IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME ENRIQUE PEREZ,** | CIV-S-05-1369 DFL KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 21, 2006, in which to file a reply to the opposition filed by Petitioner.

Dated: March 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE